**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| NEXTIER COMPLETION SOLUTIONS INC. <br><br>     Plaintiffs, <br><br> v. <br><br> DYNAENERGETICS EUROPE GMBH and DYNAENERGETICS US, INC., <br><br>     Defendants. | Civil Action No: 4:21-cv-1328 |

**UNOPPOSED MOTION TO LIFT STAY AND
TRANSFER CASE TO WESTERN DISTRICT OF TEXAS**

Pursuant to the Court's Order dated August 16, 2021 (Docket Entry No. 40), Defendants DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. ("DynaEnergetics") inform the Court that Plaintiff NexTier Completion Solutions, Inc. ("NexTier") has moved to withdraw its motion to transfer in the Western District of Texas and agreed to proceed in that forum. (Docket Entry No. 49; *DynaEnergetics Europe GmbH et al. v. NexTier Completion Solutions, Inc.*, No. 6:20-cv-1201-ADA (W.D. Tex)). Therefore, DynaEnergetics requests—and NexTier does not oppose—that the Court lift the stay and transfer this case to the Western District of Texas for consolidation with proceeding No. 6:20-cv-1201-ADA.

Dated: October 1, 2021

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Barry J. Herman*
Barry J. Herman (*pro hac vice*)
Maryland Federal Bar No. 26061
100 Light St, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830
Email: Barry.Herman@wbd-us.com

*Attorney-in-Charge for DynaEnergetics Europe GmbH and DynaEnergetics US, Inc.*

OF COUNSEL:

WOMBLE BOND DICKINSON (US) LLP
Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 888-7366
Email: Preston.Heard@wbd-us.com

WOMBLE BOND DICKINSON (US) LLP
Stephanie M. Nguyen (*pro hac vice to be filed*)
DC Bar No. 1046300
Julie C. Giardina (*pro hac vice to be filed*)
Maryland Federal Bar No. 21085
WOMBLE BOND DICKINSON (US) LLP
100 Light St, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5873
Email: Stephanie.Nguyen@wbd-us.com
Telephone: (410) 545-5802
Email: Julie.Giardina@wbd-us.com

MOYLES IP, LLC
Lisa J. Moyles (*pro hac vice to be filed*)
Connecticut State Bar No. 425652
Jason M. Rockman (*pro hac vice*)
New York Bar No. 4450953
One Enterprise Drive, Suite 428
Shelton, CT 06484
Telephone: (203) 428-4420
Email: lmoyles@moylesip.com
Email: jrockman@moylesip.com

RUSTY HARDIN & ASSOCIATES, LLP
Megan C. Moore (Tx. Bar No. 24054322)
Federal Bar No. 963966
Terry Kernell (Tx. Bar. No. 11339020)
Federal Bar No.: 15074
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Email: mmoore@rustyhardin.com
Email: tkernell@rustyhardin.com

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on September 30, 2021, counsel for DynaEnergetics and NexTier conferred regarding the relief requested in this motion, and NexTier's counsel stated that they were unopposed to this motion.

 */s/ Megan C. Moore*
Megan C. Moore

## **CERTIFICATE OF SERVICE**

I hereby certify that on October, 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing *via* electronic mail to all counsel of record.

 */s/ Megan C. Moore*
Megan C. Moore